UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 15-27263
Tangie Smith )
)
) Chapter: 13
)
) Honorable A. Benjamin Goldgar
)
Debtor(s) )

## ORDER MODIFYING PLAN
~~and~~ ~~SHORTENING NOTICE~~

This cause coming to be heard on the Motion of the Debtor for entry of an order Modifying Debtor's Chapter 13 Plan, the Court having jurisdiction over the matter, being fully advised on the premises and due notice being given to the parties entitled thereto;

IT IS HEREBY ORDERED:

1. The Debtor is allowed to retain her 2015 and 2016 federal tax refunds.

~~3. That the Notice period for this Motion to be heard is Shortened.~~

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 2 0 JUN 2017

**Prepared by:**
s/ Brian P. Deshur
Attorney for Debtor
Deshur Law Firm LLC
55 W. Monroe Street, Suite 3950
Chicago, IL 60603
(312) 380-1564

Rev: 20170105_bko